| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 0647 1:122CR00242-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00022-CDS-NJK-1 |

| | DISTRICT<br>NORTHERN DISTRICT OF OHIO | DIVISION – EASTERN<br>OFFICE LOCATION – CLEVELAND |
|---|---|---|
| Shawn M. Bowens | SENTENCING JUDGE: The Honorable Judge Charles E. Fleming | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 10/18/2024 — TO 10/17/2027 |

**OFFENSE(S)**

(Counts 1 and 2)  21:841(A)(1) and (B)(1)(C) - Possession With Intent To Distribute Controlled Substances

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Client is on active supervision the District of Nevada

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

1/27/2025
Date

*[signature]* Charles Fleming
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee is accepted and assumed by this Court from and after the entry of this order.

02/05/2025
Effective Date

*[signature]*
Cristina D. Silva, United States District Judge