AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  2:25-cr-00022-CDS-NJK |
| ) | |
| SHAWN M. BOWENS ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | September 12, 2025, at 2:30 PM |

   **IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    September 9, 2025

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*

```
_X_ FILED          ____ RECEIVED
___ ENTERED        ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         SEP 09, 2025

     CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```