# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>SHAWN M. BOWENS,<br>    Defendant. | Case No. 2:25-cr-00022-CDS-NJK<br>**Order**<br>[Docket No. 41] |

The parties have stipulated to continue the preliminary hearing currently set for September 22, 2025.  Docket No. 41.  Defendant, however, is no longer in custody and is therefore not entitled to a preliminary hearing.

Accordingly, the parties' stipulation is **DENIED**.  Docket No. 41.  The preliminary hearing set for September 22, 2025, is **VACATED**.

IT IS SO ORDERED.

Dated: September 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge