# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAWN M. BOWENS,<br><br>    Defendant. | Case No. 2:25-cr-00022-CDS-NJK<br><br>**Order**<br><br>[Docket No. 56] |

      On December 19, 2025, United States District Judge Cristina D. Silva set a revocation hearing for Defendant Shawn Bowens for January 21, 2026. Docket No. 52. As Defendant is in state custody, Judge Silva ordered the United States to file a petition for writ of habeas corpus ad prosequendum no later than December 31, 2025. *Id*.

      On December 29, 2025, the United States filed a petition for writ of habeas corpus ad prosequendum, asking the Court to order Defendant produced at the revocation hearing before Judge Silva. Docket No. 53. This Court granted that petition and issued the writ of habeas corpus ad prosequendum for Judge Silva's hearing. Docket Nos. 54, 55.

      The United States has now filed a second petition for writ of habeas corpus ad prosequendum, asking the Court to order Defendant produced for an initial appearance prior to his revocation hearing. Docket No. 56. This request is unnecessary, as Judge Silva has already set his revocation hearing.

      Accordingly, the United States' petition is **DENIED**. Docket No. 56.

      IT IS SO ORDERED.

      Dated: January 13, 2026.

                                                  _____
                                                  NANCY J. KOPPE
                                                  UNITED STATES MAGISTRATE JUDGE